## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DAWN JOHNSON  :  CHAPTER 13  
      **Debtor**  :  
                    :  BK. No. 14-19908 ELF

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

, **AND NOW**, this 30th day of December 2016, upon Certification of Default under the parties' prior Stipulation, filed by BANK OF AMERICA, N.A.

    **ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

    **ORDERED** that Relief from the Automatic stay of proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 719 K ENMORE ROAD, PHilADELPH A, PA 19151(hereinafter the Premises) (as more fully set for in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

    **ORDERED** that Rule 401 (a)(3) is not applicable and **BANK OF AMERICA, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____  
**ERIC L. FRANK**  
**CHIEF U.S. BANKRUPTCY JUDGE**

UNITED STATES TRUSTEE  
833 CHESTNUT STREET, SUITE 500  
PHILADELPHIA, PA 19107