United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 14-19908-elf
Dawn S. Johnson                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 1        Date Rcvd: Dec 30, 2016
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2017.
db             +Dawn S. Johnson,    719 Kenmore Road,    Philadelphia, PA 19151-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
              JAMES D. MORAN    on behalf of Debtor Dawn S. Johnson jamesdmoran@hotmail.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MICHAEL J. SHAVEL    on behalf of    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its
               trustee mshavel@hillwallack.com,    mosbeck@hillwallack.com;tcarlin@hillwallack.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
DAWN JOHNSON
        Debtor

CHAPTER 13

BK. No. 14-19908 ELF

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

, **AND NOW,** this 30th day of December 2016, upon Certification of Default under the parties' prior Stipulation, filed by BANK OF AMERICA, N.A.

**ORDERED** that Movant shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 719 K ENMORE ROAD, PHil.ADELPH A, PA 19151(hereinafter the Premises) (as more fully set for in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 401 (a)(3) is not applicable and **BANK OF AMERICA, N.A.** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

**ORDERED** that F EDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107