UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **Dawn S. Johnson** | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | BANKRUPTCY NO.:  **14-19908\elf** |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance in the above-referenced case.

\s\ **James D. Moran, Esquire**
James D. Moran, Esquire

## ENTRY OF APPEARANCE

Kindly enter my appearance in the above-referenced case.

\s\ **Michael D. Sayles, Esquire**
Michael D. Sayles, Esquire

Date: November 13, 2017