UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Dawn Johnson** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.: **14-19908\elf** |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER DIRECTED TO DEBTOR'S EMPLOYER
## TO DISCONTINUE WAGE DEDUCTION

**AND NOW,** this __11th__ day of __January__, 2018, upon consideration of the Debtor's Motion to Discontinue Wage Deduction, it is hereby **ORDERED, ADJUDGED and DECREED** that **City of Philadelphia, attn: Payroll Department, 1401 JFK Boulevard, Room 1380, Philadelphia, PA 19102** is directed to **discontinue** the deduction of a sum certain from the wages of **Dawn Johnson @ Social Security No.: XXX-XX-5125**

BY THE COURT:

_____
U.S. Bankruptcy Judge