United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-19908-elf
Dawn S. Johnson                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: Jan 11, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2018.
db              +Dawn S. Johnson,    719 Kenmore Road,    Philadelphia, PA 19151-3745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2018 at the address(es) listed below:
          JAMES D. MORAN    on behalf of Debtor Dawn S. Johnson jamesdmoran@hotmail.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MICHAEL D. SAYLES    on behalf of Debtor Dawn S. Johnson midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          MICHAEL J. SHAVEL    on behalf of     Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its
           trustee mshavel@hillwallack.com,   mosbeck@hillwallack.com;tcarlin@hillwallack.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                              TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Dawn Johnson**                    :          Chapter 13
                                           :
                                           :
Debtor                                     :          Bankruptcy No.: **14-19908\elf**

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER DIRECTED TO DEBTOR'S EMPLOYER
## TO DISCONTINUE WAGE DEDUCTION

**AND NOW,** this __11th__ day of ____January____, 2018, upon consideration of the

Debtor's Motion to Discontinue Wage Deduction, it is hereby **ORDERED, ADJUDGED and**

**DECREED** that **City of Philadelphia, attn:  Payroll Department, 1401 JFK Boulevard, Room**

**1380, Philadelphia, PA 19102** is directed to **discontinue** the deduction of a sum certain from the

wages of **Dawn Johnson @ Social Security No.: XXX-XX-5125**

BY THE COURT:

_____
U.S. Bankruptcy Judge