# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 14-19908-ELF

DAWN S. JOHNSON

719 KENMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAWN S. JOHNSON

    719 KENMORE ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    JAMES MORAN ESQUIRE
    2230 LAND TITLE BUILDING
    100 SOUTH BROAD STREET
    PHILA, PA 19110-

Date: 4/12/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee