```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 14-19908-elf
Dawn S. Johnson                                                     Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Virginia              Page 1 of 2                   Date Rcvd: May 16, 2018
                              Form ID: pdf900             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             +Dawn S. Johnson,    719 Kenmore Road,    Philadelphia, PA 19151-3745
13442847       +AES,    1200 N. 7th St.,    Harrisburg, PA 17102-1419
13442849        American Signature Furniture,    2201 W. Cheltenham Ave., Suite 300,   Philadelphia, PA 19150
13442850       +Bank of America,    fka Countrywide Home Loans,,    1800 Tapo Canyon Rd.,,   Mail Stop SV 103,,
                 Simi Valley, CA 93063-6712
13569337       +Bank of America, N.A.,    P.O. Box 5170,    Simi Valley, CA. 93062-5170
13516495       +Bank of America, N.A.,    Bankruptcy Department,    Mail Stop CA6-919-01-23,    400 National Way,
                 Simi Valley, CA 93065-6414
13442852       +Dress Barn,    2300 Oregon Ave.,,    Philadelphia, PA 19145-4122
13486718        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
13442853       +KML Law Group, PC,    701 Market Street, Suite 5000,,    Philadelphia, PA 19106-1541
13442856       +PGW,    Bankruptcy Dept.,    800 W. Montgomery Ave.,,    Philadelphia, PA 19122-2806
13442857       +PHEAA,    PO Box 1463,    Harrisburg, PA 17105-1463
13442858       +Philadelphia Federal Credit Union,    12800 Townsend Rd.,,   Philadelphia, PA 19154-1095
13693750       +Ventures Trust 2013-I-H-R by MCM Capital Partners,    7500 Old Georgetown Road, Suite 1300,
                 Bethesda, MD 20814-6198

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:12      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
13442848       +E-mail/Text: EBNProcessing@afni.com May 17 2018 02:22:38      AFNI, Inc,    PO Box 3667,
                 Bloomington, IL 61702-3667
13519463        E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:12      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13442851        E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:12      City of Philadelphia,
                 Law Dept.-Tax Unit,,    1401 JFK Blvd., 5th floor,,    Philadelphia, PA 19107
13482884        E-mail/Text: JCAP_BNC_Notices@jcap.com May 17 2018 02:22:44      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13493316        E-mail/PDF: pa_dc_claims@navient.com May 17 2018 02:18:06      Navient Solutions, Inc.,
                 P.O. Box 9640,    Wilkes-Barre, PA 18773-9640
13488101        E-mail/PDF: pa_dc_ed@navient.com May 17 2018 02:18:28
                 Navient Solutions, Inc. Department of Education,    Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
13442854       +E-mail/Text: bankruptcygroup@peco-energy.com May 17 2018 02:21:46      PECO Energy,
                 Bankruptcy Dept.,    2301 Market St.,,    Philadelphia, PA 19103-1338
13489900       +E-mail/Text: bankruptcygroup@peco-energy.com May 17 2018 02:21:46      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13479269        E-mail/Text: blegal@phfa.org May 17 2018 02:22:31      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
13442859        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:04
                 Portfolio Recovery,    120 Corporate Blvd.,,    Norfolk, VA 23502
13442855        E-mail/Text: blegal@phfa.org May 17 2018 02:22:31      Pennsylvania Housing Finance Agency,
                 211 N. Front St.,,    PO Box 15206,    Harrisburg, PA 17105-5206
13442861       +E-mail/PDF: pa_dc_claims@navient.com May 17 2018 02:18:06      SALLIE MAE,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
13442862       +E-mail/Text: bankruptcy@sccompanies.com May 17 2018 02:23:58      Seventh Avenue,
                 1112 7th Ave.,,    Monroe, WI 53566-1364
13442863       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 17 2018 02:21:31
                 Verizon Wireless,    500 Technology Drive, Ste 300,    Saint Charles, MO 63304-2225
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13469137        James D. Moram,2230 land Title Bldg.,Phila., PA 19
13469121        James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13469136        James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
13469134        James D.Moran,2230 Land Title Bldg.,Phila.,PA 1911
NONE*          +Ventures Trust 2013-I-H-R by MCM Capital Partners,,    7500 Old Georgetown Road,   Suite 1300,
                 Bethesda, MD 20814-6198
13442860      ##+RJM Acquisitions, LLC,    575 Underhill Blvd., Suite 224,    Syosset, NY 11791-3416
                                                                                        TOTALS: 4, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-2          User: Virginia            Page 2 of 2              Date Rcvd: May 16, 2018
                              Form ID: pdf900           Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:

```
          JAMES D. MORAN    on behalf of Debtor Dawn S. Johnson jamesdmoran@hotmail.com
          JILL   MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com
          JOSEPH ANGEO DESSOYE     on behalf of Creditor    BANK OF AMERICA, N.A. paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          MICHAEL D. SAYLES    on behalf of Debtor Dawn S. Johnson midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          MICHAEL J. SHAVEL     on behalf of     Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its
           trustee mshavel@hillwallack.com,  mosbeck@hillwallack.com;tcarlin@hillwallack.com
          THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAWN S. JOHNSON                    Chapter 13

    Debtor                    Bankruptcy No. 14-19908-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: May 16, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JAMES MORAN ESQUIRE
2230 LAND TITLE BUILDING
100 SOUTH BROAD STREET
PHILA, PA 19110-

Debtor:
DAWN S. JOHNSON

719 KENMORE ROAD

PHILADELPHIA, PA 19151